IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANITA KONIECZKA HECK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:12-cv-256-MEF |
| ) | |
| BAC HOME LOANS SERVICING, L.P., ) | |
| *et al.*, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

By agreement of the parties at oral argument before Magistrate Judge Coody on Plaintiff's Motion to Remand (Docs. # 11, 17), it is ORDERED: (1) Plaintiff's Motion for voluntary dismissal of the FDCPA claim is GRANTED and that claim is DISMISSED without prejudice; and (2) Plaintiff's unopposed Motion to Remand (Doc. # 11) is GRANTED this case is REMANDED, pursuant to 28 U.S.C. § 1367(c)(3), to the Circuit Court of Russell County, Alabama.  The Clerk of the Court is DIRECTED to effectuate the remand.

DONE this the 30th day of July, 2012.

                                                    /s/ Mark E. Fuller
                                     UNITED STATES DISTRICT JUDGE